PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Dion Johnson  **Docket Number:** 07-00265-001
**PACTS Number:** 39609

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN, U.S.D.J.

**Date of Original Sentence:** 07/24/07

**Original Offense:** RACKETEERING

**Original Sentence:** Time served; 3 years supervised release; $100 special assessment. Special Conditions: drug testing and/or treatment, financial disclosure, no new debt, no street gang association, and DNA collection.

**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 04/15/08

**Assistant U.S. Attorney:** Serina Vash, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Timothy G. Boney, Esq. (Assigned), 315 Market Street, Trenton, New Jersey 08611, (609) 392-6392

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On July 16, 2008, Johnson was arrested by East Orange, New Jersey Police Department and charged with count one, possession of a controlled dangerous substance; count two, manufacture/distribute/dispense a controlled dangerous substance; count three, possession of a controlled dangerous substance with intent to distribute in a school zone; and count four, unlawful use of a bullet-proof vest. The case is pending disposition within New Jersey Superior Court, Essex County. |

| | |
|---|---|
| 2 | The offender has violated the supervision condition which states '**The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**' |
| | On April 15, 2008, Johnson was released from state custody and community supervision commenced. He failed to report within the allotted time period or anytime thereafter. |
| 3 | The offender has violated the supervision condition which states '**The defendant is to refrain from associating with, or being in the company of, any members of the Bloods street gang, or members of any other street gang. The defendant shall be restricted from frequenting any location where the Bloods street gang members are known to congregate or meet; shall not wear, display, use, or possess any insignia, emblem, logo, jewelry, cap, hat, bandana, shoelace, or any article of clothing which has any Bloods significance or is evidence of affiliation with, or membership in the Bloods street gang.**' |
| | Johnson associated with Willonyx Nickey, a co-defendant from the instant offense who is as member of the Bloods street gang. While posing for photographs, the offender is seen flashing gang signs with his hands. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer

Date: 7/25/08

---

THE COURT ORDERS:

[X] The Issuance of a Warrant to Act as a Detainer in Essex County and Bail Revoked.
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/4/08
Date